# Court of Appeals
# of the State of Georgia

ATLANTA,____August 02, 2016_____

*The Court of Appeals hereby passes the following order:*

**A16A2097.  ROBERT JOHNSON v. THE STATE.**

In 2002, Robert Johnson pled guilty to several charges, including burglary and aggravated assault.  In May 2016, he filed a petition for a writ of mandamus directing the State to produce various grand jury records related to his prosecution.  The trial court dismissed Johnson's petition, and he filed this direct appeal.

The Supreme Court has exclusive appellate jurisdiction over all cases involving extraordinary remedies, including mandamus.  See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (5); *Ladzinske v. Allen*, 280 Ga. 264, 264 (626 SE2d 83) (2006) ("[C]ases involving the grant or denial of mandamus are within the exclusive jurisdiction of [the Supreme] Court without regard to the underlying subject matter or the legal issues raised." (punctuation omitted)).  Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,_____08/02/2016_____*
*I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*